ANNA RUPPERT and Others, as Executors, etc., of JACOB RUPPERT, Deceased, Appellants, v. GERMANIA BANK, Respondent. ANNA RUPPERT and Others, as Executors, etc., of JACOB RUPPERT, Deceased, Appellants, v. YORKVILLE BANK, Respondent.— Judgment and order in each case unanimously affirmed, with costs.

HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Appellant, v. ONE HUNDRED AND EIGHT HALF BARRELS OF ALE AND DIVERS OTHER LIQUORS. WEST END BREWING COMPANY, Respondent.— Judgment modified by striking therefrom the provision awarding the plaintiff the sum of $2,966.55 in the event the liquors and containers cannot be returned to the claimant and owner, and as modified unanimously affirmed, without costs.

DAVID SMITH, Respondent, v. FRANK DEMARCE and ALEXANDER BADORE, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

JESSE STILES, Appellant, v. JAMES U. SCAGGS, Respondent.— Judgment unanimously affirmed, without costs.

BENJAMIN H. STAMMEL, SR., as Administrator, etc., of BENJAMIN H. STAMMEL, JR., Deceased, Respondent, Appellant, v. ALBERT E. LAMBERT, Appellant, Respondent.— Order unanimously affirmed, without costs to either party.

LENA SCHINDLER, Respondent, v. HENRY LUDLUM, Appellant.— Order unanimously affirmed, with costs.

ALMA C. TILLOTSON, Respondent, v. ALBERT BLACKBOURNE, Appellant. — Judgment modified by providing that the plaintiff shall pay the $280, with the interest thereon, as a condition for the transfer of said property to her, such payment to be made within three months, and that the defendant shall hold the title of said property as security for such sum until the same is paid. If such payment is not made the said deed is declared to be a mortgage, and the defendant may apply at Special Term, upon the foot of this judgment, for the appointment of a referee to sell said property in the same manner and with like effect as in the case of a mortgage foreclosure. As so modified the judgment is unanimously affirmed, without costs.